**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | No. 13-10517 |
| v. | D.C. No. 3:09-cr-00193-CRB-1 |
| JASON LEE, *Defendant-Appellant.* | ORDER |

Filed May 27, 2016

Before: Carlos T. Bea, Sandra S. Ikuta,
and Andrew D. Hurwitz, Circuit Judges.

## ORDER

The opinion filed on May 6, 2016, available at ECF No. 51 and at 2016 WL 2638364, is hereby amended:

On page 11, the phrase <, *abrogated on other grounds by Moncrieffe v. Holder*, 133 S. Ct. 1678 (2013)> is removed.